**GMFF FINANCIAL SERVICES CORPORATION, Plaintiff–Appellee,**

v.

**Gregory David DICKINSON, an individual; Trevor John Dickinson, an individual, Defendants–Appellants.**

**No. 99–55928.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 8, 2001[1].

Decided Jan. 24, 2001.

Before BEEZER, O'SCANNLAIN, and KLEINFELD, Circuit Judges.

**MEMORANDUM[2]**

Gregory David and Trevor John Dickinson appeal pro se the district court's denial of their "Motion to Vacate Arbitration Award." Because no arbitration award

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

has been issued by the International Chamber of Commerce in Switzerland, and because the district court has not issued a final, appealable order, we lack jurisdiction over this appeal. *See* 28 U.S.C. § 1291.

DISMISSED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Morales–Escobedo's request for oral argument is denied.

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.